

Chung & Press, LLC
6404 Ivy Lane, Suite 730
Greenbelt, Maryland 20770
301.924.4400
Fax: 240.627.4186
BankruptcyLawMaryland.com

# INVOICE

DATE:  February 3, 2016
INVOICE # 16102031

**Bill To:**
Ms. Donna Cohen
Mr. Neal Scully
7734 Briarstone Court
Ellicott City, Maryland 21043

**For:**
Representation in Chapter 11 Bankruptcy
BK No. 09-3-4515 JS

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 10/15/09 | Receipt and review of inquiry letter and questionnaire. | 0.30 | |
| 11/16/09 | Telephone Conference with client re: filing. | 1.10 | |
| 11/17/09 | Telephone Conference with client re: filing. | 1.00 | |
| 12/8/09 | Draft schedules (1.70). Telephone Conference with client re: same (1.00). Email to client re: same (0.10). | 2.80 | |
| 12/14/09 | Revise schedules and prepare Application to Employ. Meeting with client to sign. | 2.50 | |
| 12/15/09 | Emails from client re: payment and corporate name. | 0.20 | |
| 12/16/09 | Email from client re: DIP account. | 0.10 | |
| 12/24/09 | Letter to client re: Chapter 11 Guidelines. Prepare and file Suggestion of Bankruptcy in District Court for Howard County. | 0.50 | |
| 1/4/10 | Letter to client re: Meeting of Creditors. | 0.10 | |
| 1/14/10 | Letter to client re: Initial Debtor Interview. | 0.10 | |
| 1/20/10 | Initial Debtor Interview and Meeting of Creditors. | 2.90 | |



Ms. Donna Cohen
Mr. Neal Scully
February 3, 2016
Page 2

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 3/4/10 | Receipt and review of Motion for Relief from the Automatic Stay from GMAC. Letter to client re: same. | 0.40 | |
| 3/15/10 | Prepare and file response to Motion for Relief from the Automatic Stay. | 0.20 | |
| 7/9/10 | Email from client re: questions. | 0.10 | |
| 7/20/10 | Review and file MOR. | 0.60 | |
| 8/16/10 | Telephone Conference with client re: strategy for confirmation. | 0.60 | |
| 8/20/10 | Receipt and review of Motion to Vacate Judgment. | 0.20 | |
| 10/13/10 | Emails to/from client re: taxes (6). | 0.60 | |
| 10/14/10 | Emails to/from client re: taxes (4). | 0.40 | |
| 10/18/10 | Email from client re: MOR. | 0.10 | |
| 10/25/10 | Review and file MORs (2). | 0.40 | |
| 11/23/10 | Review and file MOR. | 0.20 | |
| 12/29/10 | Review and file MOR. | 0.20 | |
| 1/3/11 | Telephone Conference with client re: tax issues. | 0.40 | |
| 2/25/11 | Review and file MORs (2). | 0.40 | |
| 4/19/11 | Email to/from United States Trustee re: Disclosure Statement and Plan. | 0.20 | |
| 4/21/11 | Email from client re: MOR. | 0.10 | |
| 4/22/11 | Email to client re: Disclosure Statement and Plan. | 0.10 | |
| 4/29/11 | Review and file MORs (2). | 0.40 | |
| 6/12/11 | Letter from PNC re: Plan. | 0.20 | |



Ms. Donna Cohen
Mr. Neal Scully
February 3, 2016
Page 3
_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 6/16/11 | Receipt and review of Motion to Dismiss or Convert from PNC Bank. | 0.30 | |
| 6/27/11 | Email from client re: pending Motion, Disclosure Statement and Plan. | 0.10 | |
| 6/29/11 | Letter to client re: hearing. | 0.10 | |
| 6/30/11 | Emails to/from client re: motion (3). | 0.30 | |
| 7/4/11 | Prepare and file response to Motion to Dismiss or Convert (0.30). Draft Disclosure Statement (5.30). Telephone Conference with client re: same (0.40). Emails to/from client re: same (0.20). | 6.20 | |
| 7/5/11 | Email from client re: Disclosure Statement (0.10). Revise Disclosure Statement and Draft Plan (3.60). | 3.70 | |
| 7/7/11 | Finalize Disclosure Statement and Plan (0.80). Draft revised Schedules (0.60). Emails to/from client re: same (5) (0.50). | 1.90 | |
| 7/9/11 | Email from client re: Disclosure Statement. | 0.10 | |
| 7/12/11 | Finalize Disclosure Statement and Plan. Emails to/from United States Trustee re: Disclosure Statement and Plan. | 0.80 | |
| 7/19/11 | Emails to/from client re: car. | 0.20 | |
| 7/25/11 | Email from client re: hearing. | 0.10 | |
| 7/27/11 | Telephone Conference with counsel for PNC. Prepare and file Consent Line for Continuance. | 0.50 | |
| 8/23/11 | Email from Ms. Ensafi re: SLS' claim. | 0.10 | |
| 8/29/11 | Review and file MORs (2). | 0.40 | |
| 9/2/11 | Email from Ms. Ensafi re: SLS' claim. | 0.10 | |



Ms. Donna Cohen
Mr. Neal Scully
February 3, 2016
Page 4

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 9/5/11 | Email to Ms. Ensafi re: SLS' claim. | 0.10 | |
| 9/12/11 | Email to/from CA re: amended Disclosure Statement. | 0.20 | |
| 10/4/11 | Telephone Conference with Ms. White re: plan language. | 0.30 | |
| 10/17/11 | Telephone Conference with accountant re: tax returns. Email from Ms. Ensafi re: SLS. | 0.40 | |
| 10/18/11 | Email to Ms. Ensafi re: SLS. | 0.10 | |
| 10/25/11 | Email from client re: hearing. | 0.10 | |
| 10/31/11 | Telephone Conference with client re: Disclosure Statement hearing. | 0.40 | |
| 11/1/11 | Telephone Conference with United States Trustee re: Disclosure Statement and Plan (0.30). Telephone Conference with chambers re: hearing (0.20). Prepare for Disclosure Statement hearing (0.50). | 1.00 | |
| 11/2/11 | Review and file MORs (2) (0.40). Disclosure Statement hearing before Judge Derby (2.50). Meeting with client to discuss same (0.50). | 3.40 | |
| 11/7/11 | Email from client re: income/expenses. | 0.10 | |
| 11/16/11 | Email from Ms. Ensafi re: SLS. | 0.10 | |
| 12/21/11 | Email from client re: status. | 0.10 | |
| 1/13/12 | Meeting with dp to review/discuss Disclosure Statement and Plan (2.00). Review and file MORs (4) (0.80). | 2.80 | |
| 1/13/12 | Meeting with bw to review/discuss Disclosure Statement and Plan. (dp) | 2.00 | |
| 1/16/12 | Revise and file Disclosure Statement and Plan. | 2.10 | |



Ms. Donna Cohen
Mr. Neal Scully
February 3, 2016
Page 5

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 1/23/12 | Review and file MOR. | 0.20 | |
| 1/30/12 | Receipt and review of Order Approving Disclosure Statement. | 0.20 | |
| 2/7/12 | Email from chambers re: Plan. | 0.10 | |
| 2/8/12 | Prepare ballots (1.60). Telephone Conference with Ms. Jump re: service of Disclosure Statement and Plan (0.30). Emails to/from Ms. Jump re: same (7)(0.70). | 2.60 | |
| 2/9/12 | Email to chambers re: Plan. | 0.10 | |
| 2/14/12 | Receipt and review of Motion for Relief from the Automatic Stay filed by US Bank. Letter to client re: same. | 0.30 | |
| 2/23/12 | Receipt and review of Objection to Confirmation by Capitalbanc. Email from client re: DIP account. | 0.40 | |
| 2/28/12 | Review and file MOR. | 0.20 | |
| 3/7/12 | Prepare and file response to Motion for Relief from the Automatic Stay. | 0.20 | |
| 4/10/12 | Email from client re: hearing. Review and file MOR. | 0.30 | |
| 4/13/12 | Telephone Conference with chambers re: confirmation hearing (3)(0.50). Telephone Conference with United States Trustee and Ms. Stokes (Capitalbanc) re: same. (0.80). Telephone Conference with client re: continuance, cramdown and funding (0.50). Prepare and file Motion to Continue Confirmation Hearing (0.20). Email from Mr. Rogers (0.10). | 2.10 | |
| 4/20/12 | Letter to client re: hearing. | 0.10 | |
| 4/28/12 | Letter to client re: hearing. | 0.10 | |

C&P

Ms. Donna Cohen
Mr. Neal Scully
February 3, 2016
Page 6

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 5/8/12 | Review and file MOR. | 0.20 | |
| 5/30/12 | Review and file MOR. | 0.20 | |
| 6/9/12 | Email from Ms. Stokes re: Capitalbanc. | 0.10 | |
| 6/16/12 | Email from Ms. Stokes re: Capitalbanc. | 0.10 | |
| 6/20/12 | Telephone Conference with Ms. Stokes re: Plan language. | 0.30 | |
| 6/21/12 | Telephone Conference with Ms. Stokes re: Plan language (0.70). Email Ms. Stokes (0.10). Telephone Conference with client re: same (0.90). Emails to/from client re: same (4) (0.40). | 2.10 | |
| 6/22/12 | Emails to/from client and Ms. Stokes re: Plan (11). | 1.10 | |
| 6/25/12 | Telephone Conference with client re: Disclosure Statement and lender issues (0.80). Telephone Conference with lender's counsel re: Plan language (0.30). Telephone Conference with client re: status (0.30). Telephone Conference with United States Trustee re: continuance (0.30). Telephone Conference with client re: same (0.20). Telephone Conference with chambers re: same (0.20). Prepare and file Motion for continuance (0.30). Review and file MOR (0.20). Emails to/from client re: Plan, confirmation hearing, lender issues and continuance (10) (1.00). | 3.60 | |
| 6/28/12 | Email to Ms. Stokes re: Plan. | 0.10 | |
| 7/2/12 | Email to Ms. Stokes re: Plan. | 0.10 | |
| 7/11/12 | Email from Ms. Stokes re: Plan. | 0.10 | |
| 7/13/12 | Email client re: SLS. | 0.10 | |



Ms. Donna Cohen
Mr. Neal Scully
February 3, 2016
Page 7

_____

| DATE | DESCRIPTION | TIME | AMOUNT |
|---|---|---|---|
| 7/18/12 | Telephone Conference with Mr. Rogers and lender re: ballot (0.90). Draft amendments to Plan (0.20). Emails Mr. Rogers, Ms. Stokes, client, dp re: Plan (16) (1.60). | 2.70 | |
| 7/19/12 | Telephone Conference with client re: hearing (0.30). Emails to/from client, Ms. Stamas, Mr. Rogers re: Plan (16) (1.60). Prepare and file Ballot Tally (0.80). | 2.70 | |
| 7/23/12 | Confirmation Hearing before Judge Schneider. (dp) | 4.50 | |
| 7/23/12 | Emails to/from client and Mr. Press (3). | 0.30 | |
| 8/3/12 | Email from CA with confirmation package. | 0.10 | |
| 8/12/12 | Draft Replacement Note (0.50). Post-confirmation letter to client (0.80). | 1.30 | |
| 8/17/12 | Telephone Conference with client re: confirmation and payment issues. | 0.50 | |
| | **Total professional services rendered:** | **72.60** | $28,677.00 |
| | Daniel Press (@ $395.00/hour) | 6.50 | $2,567.50 |
| | Brett Weiss (@ $395.00/hour) | 60.90 | $26,109.50 |
| | *Costs and expenses:* | | |
| | Copies (1,285 @ $0.15) | $192.75 | |
| | Manthan Services Ltd. | $72.00 | |
| | Service (CertificateOfService.com) | $424.05 | $688.80 |
| | **TOTAL AMOUNT OF THIS BILL:** | | **$29,365.80** |