# In the United States Bankruptcy Court for the District of Maryland

| | |
|---|---|
| In re:<br><br>**DONNA COHEN** *and*<br>**NEAL SCULLY,**<br><br>*Debtors.* | Bankruptcy No. 09-3-4515 JS<br><br>Chapter 11<br><br>**CONSENT TO PAYMENT<br>OF COUNSEL FEES AND COSTS** |

**Now Come** Donna Cohen and Neal Scully, Debtors, and consent to the payment to Chung & Press, LLC, of counsel fees and costs pursuant to the Fee Application filed herein, and state:

1. Chung & Press, LLC and Brett Weiss ("Counsel") served as our attorney throughout the above-captioned bankruptcy case.

2. We hereby consent to the payment to Counsel in the gross amount of $29,365.80, less a credit of $10,446.46, for a total of $18,919.34, and further state that we believe that the fees requested are fair, reasonable and proper, and were necessary for the prosecution of our case.

/s/ Donna Cohen
DONNA COHEN

/s/ Neal Scully
NEAL SCULLY