IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Bankruptcy No. 09-3-4515 JS |
| **NEAL SCULLY** *and* **DONNA COHEN,** | Chapter 11 |
| *Debtors.* | **TRANSMITTAL OF QUARTERLY POST-CONFIRMATION REPORT** |

The following post-confirmation Chapter 11 Report for the quarter ending:   12/31/2012, which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed, and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors. Any questions regarding the attached report should be directed to the Debtors' counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein is true and correct to the best of our knowledge and belief.**

Date:   February 26, 2016

/s/ Donna Cohen
Debtor

/s/ Neal Scully
Debtor

**CHAPTER 11 POST-CONFIRMATION REPORT**

## FOR THE QUARTER ENDING: 12/31/2012

Debtors: **NEAL SCULLY**        Case No.:   09-3-4515 JS
       **DONNA COHEN**

Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

                          Total Disbursements:      $53,762.59

Summary of Amounts Distributed Under the Plan:

|  |  | Current Qtr. | Paid to Date | Balance Due |
|---|---|---|---|---|
| A | Fees and Expenses |  |  |  |
|  | 1 Trustee Compensation | $0.00 | $0.00 | $0.00 |
|  | 2 Fee for Attorney for Trustee | $0.00 | $0.00 | $0.00 |
|  | 3 Fee for Attorney for Debtor | $0.00 | $0.00 | $0.00 |
|  | 4 Other Professionals | $0.00 | $0.00 | $0.00 |
|  | 5 All expenses, including trustee | $650.00 | $650.00 | $0.00 |
| B | Distributions |  |  |  |
|  | 6 Secured Creditors | $1,827.65 | $1,827.65 | $56,410.10 |
|  | 7 Priority Creditors | $684.27 | $684.27 | $9,852.74 |
|  | 8 Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|  | 9 Equity Security Holders | $0.00 | $0.00 | $0.00 |
|  | 10 Other Payments or Transfers | $0.00 | $0.00 | $0.00 |
|  | Total Plan Payments (Sum of Lines 1-10) | $3,161.92 | $3,161.92 | $66,262.84 |

Summary of Status of Consummation of Plan

Plan Payments are Current              Yes: ✔            No:

Quarterly fee due to the US Trustee are current:  Yes: ✔            No:

Anticipated date of final report/motion for final decree:    February 3, 2016

## IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Bankruptcy No. 09-3-4515 JS |
| **NEAL SCULLY** *and* **DONNA COHEN,** | Chapter 11 |
| | **TRANSMITTAL OF QUARTERLY POST-CONFIRMATION REPORT** |
| *Debtors.* | |

The following post-confirmation Chapter 11 Report for the quarter ending:       3/31/2013
which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed
Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed,
and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement
and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors.
Any questions regarding the attached report should be directed to the Debtors'
counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan
except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein
is true and correct to the best of our knowledge and belief.**

Date:     February 26, 2016

/s/ Donna Cohen
Debtor

/s/ Neal Scully
Debtor

## CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING: 03/31/2013

Debtors: **NEAL SCULLY**                    Case No.:    09-3-4515 JS
**DONNA COHEN**

Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements:          $44,508.83

Summary of Amounts Distributed Under the Plan:

|   |   | Current Qtr. | Paid to Date | Balance Due |
|---|---|---|---|---|
| A | Fees and Expenses | | | |
|   | 1 Trustee Compensation | $0.00 | $0.00 | $0.00 |
|   | 2 Fee for Attorney for Trustee | $0.00 | $0.00 | $0.00 |
|   | 3 Fee for Attorney for Debtor | $0.00 | $0.00 | $0.00 |
|   | 4 Other Professionals | $0.00 | $0.00 | $0.00 |
|   | 5 All expenses, including trustee | $650.00 | $1,300.00 | $0.00 |
| B | Distributions | | | |
|   | 6 Secured Creditors | $1,827.65 | $3,655.30 | $54,569.45 |
|   | 7 Priority Creditors | $684.27 | $1,368.54 | $9,168.46 |
|   | 8 Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | 9 Equity Security Holders | $0.00 | $0.00 | $0.00 |
|   | 10 Other Payments or Transfers | $0.00 | $0.00 | $0.00 |
|   | Total Plan Payments (Sum of Lines 1-10) | $3,161.92 | $6,323.84 | $63,737.91 |

Summary of Status of Consummation of Plan

Plan Payments are Current                    Yes: ✔            No:

Quarterly fee due to the US Trustee are current:  Yes: ✔        No:

Anticipated date of final report/motion for final decree:        February 3, 2016

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| In re: | Bankruptcy No. 09-3-4515 JS |
| **NEAL SCULLY** *and* **DONNA COHEN,** | Chapter 11 |
| | **TRANSMITTAL OF QUARTERLY POST-CONFIRMATION REPORT** |
| *Debtors.* | |

The following post-confirmation Chapter 11 Report for the quarter ending:   06/31/2013 which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed, and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors. Any questions regarding the attached report should be directed to the Debtors' counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein is true and correct to the best of our knowledge and belief.**

Date:   February 26, 2016

/s/ Donna Cohen
Debtor

/s/ Neal Scully
Debtor

# CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING: 06/31/2013

Debtors: **NEAL SCULLY**       Case No.:     09-3-4515 JS
         **DONNA COHEN**

Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements:      $42,681.08

Summary of Amounts Distributed Under the Plan:

|   |   | Current Qtr. | Paid to Date | Balance Due |
|---|---|---|---|---|
| A | Fees and Expenses | | | |
|   | 1 Trustee Compensation | $0.00 | $0.00 | $0.00 |
|   | 2 Fee for Attorney for Trustee | $0.00 | $0.00 | $0.00 |
|   | 3 Fee for Attorney for Debtor | $0.00 | $0.00 | $0.00 |
|   | 4 Other Professionals | $0.00 | $0.00 | $0.00 |
|   | 5 All expenses, including trustee | $650.00 | $1,950.00 | $0.00 |
| B | Distributions | | | |
|   | 6 Secured Creditors | $1,827.65 | $5,482.95 | $52,741.81 |
|   | 7 Priority Creditors | $2,895.00 | $4,263.54 | $6,273.46 |
|   | 8 Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | 9 Equity Security Holders | $0.00 | $0.00 | $0.00 |
|   | 10 Other Payments or Transfers | $0.00 | $0.00 | $0.00 |
|   | Total Plan Payments (Sum of Lines 1-10) | $5,372.65 | $11,696.49 | $59,015.27 |

Summary of Status of Consummation of Plan

Plan Payments are Current      Yes: ✔         No:

Quarterly fee due to the US Trustee are current:  Yes: ✔        No:

Anticipated date of final report/motion for final decree:     February 3, 2016

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Bankruptcy No. 09-3-4515 JS |
| **NEAL SCULLY** *and* **DONNA COHEN,** | Chapter 11 |
| | **TRANSMITTAL OF QUARTERLY POST-CONFIRMATION REPORT** |
| *Debtors.* | |

The following post-confirmation Chapter 11 Report for the quarter ending:   09/31/13
which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed
Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed,
and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement
and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors.
Any questions regarding the attached report should be directed to the Debtors'
counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan
except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein
is true and correct to the best of our knowledge and belief.**

Date:   February 26, 2016

/s/ Donna Cohen
Debtor

/s/ Neal Scully
Debtor

## CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING: 09/31/13

Debtors: **NEAL SCULLY**          Case No.:     09-3-4515 JS
**DONNA COHEN**

Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements:          $56,056.22

Summary of Amounts Distributed Under the Plan:

|   |   | Current Qtr. | Paid to Date | Balance Due |
|---|---|---|---|---|
| A | Fees and Expenses |   |   |   |
|   | 1 Trustee Compensation | $0.00 | $0.00 | $0.00 |
|   | 2 Fee for Attorney for Trustee | $0.00 | $0.00 | $0.00 |
|   | 3 Fee for Attorney for Debtor | $0.00 | $0.00 | $0.00 |
|   | 4 Other Professionals | $0.00 | $0.00 | $0.00 |
|   | 5 All expenses, including trustee | $650.00 | $2,600.00 | $0.00 |
| B | Distributions |   |   |   |
|   | 6 Secured Creditors | $1,827.64 | $7,310.59 | $48,306.01 |
|   | 7 Priority Creditors | $6,273.46 | $10,537.00 | $0.00 |
|   | 8 Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | 9 Equity Security Holders | $0.00 | $0.00 | $0.00 |
|   | 10 Other Payments or Transfers | $0.00 | $0.00 | $0.00 |
|   | Total Plan Payments (Sum of Lines 1-10) | $8,751.10 | $20,447.59 | $48,306.01 |

Summary of Status of Consummation of Plan

Plan Payments are Current          Yes: ✔          No:

Quarterly fee due to the US Trustee are current:  Yes: ✔          No:

Anticipated date of final report/motion for final decree:          February 3, 2016

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Bankruptcy No. 09-3-4515 JS |
| **NEAL SCULLY** *and* **DONNA COHEN,** | Chapter 11 |
| | **TRANSMITTAL OF QUARTERLY POST-CONFIRMATION REPORT** |
| *Debtors.* | |

The following post-confirmation Chapter 11 Report for the quarter ending:     12/31/2013
which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed
Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed,
and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement
and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors.
Any questions regarding the attached report should be directed to the Debtors'
counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan
except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein
is true and correct to the best of our knowledge and belief.**

Date:     February 26, 2016

_/s/ Donna Cohen_
Debtor

_/s/ Neal Scully_
Debtor

# CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING: 12/31/13

Debtors: **NEAL SCULLY**               Case No.:   09-3-4515 JS
**DONNA COHEN**

## Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements:          $56,428.59

## Summary of Amounts Distributed Under the Plan:

|   |   | Current Qtr. | Paid to Date | Balance Due |
|---|---|---|---|---|
| A | Fees and Expenses | | | |
| | 1 Trustee Compensation | $0.00 | $0.00 | $0.00 |
| | 2 Fee for Attorney for Trustee | $0.00 | $0.00 | $0.00 |
| | 3 Fee for Attorney for Debtor | $0.00 | $0.00 | $0.00 |
| | 4 Other Professionals | $0.00 | $0.00 | $0.00 |
| | 5 All expenses, including trustee | $650.00 | $3,250.00 | $0.00 |
| B | Distributions | | | |
| | 6 Secured Creditors | $1,827.64 | $9,138.23 | $46,478.37 |
| | 7 Priority Creditors | $0.00 | $10,537.00 | $0.00 |
| | 8 Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | 9 Equity Security Holders | $0.00 | $0.00 | $0.00 |
| | 10 Other Payments or Transfers | $0.00 | $0.00 | $0.00 |
| | Total Plan Payments (Sum of Lines 1-10) | $2,477.64 | $22,925.23 | $46,478.37 |

## Summary of Status of Consummation of Plan

Plan Payments are Current          Yes: ✓☒          No:

Quarterly fee due to the US Trustee are current:  Yes: ✓☒          No:

Anticipated date of final report/motion for final decree:     February 3, 2016

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND

| In re: | Bankruptcy No. 09-3-4515 JS |
|---|---|
| **NEAL SCULLY** *and* **DONNA COHEN,** | Chapter 11 |
| *Debtors.* | **TRANSMITTAL OF QUARTERLY POST-CONFIRMATION REPORT** |

The following post-confirmation Chapter 11 Report for the quarter ending:      3/31/2014
which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed
Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed,
and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement
and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors.
Any questions regarding the attached report should be directed to the Debtors'
counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan
except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein
is true and correct to the best of our knowledge and belief.**

Date:    February 26, 2016

_/s/ Donna Cohen_
Debtor

_/s/ Neal Scully_
Debtor

## CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING: 03/31/14

Debtors: **NEAL SCULLY**　　　　Case No.:　　09-3-4515 JS
　　　　　**DONNA COHEN**

Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

　　　　　　　　　　　　　　Total Disbursements:　　　　$38,284.65

Summary of Amounts Distributed Under the Plan:

|   |   | Current Qtr. | Paid to Date | Balance Due |
|---|---|---|---|---|
| A | Fees and Expenses |   |   |   |
|   | 1 Trustee Compensation | $0.00 | $0.00 | $0.00 |
|   | 2 Fee for Attorney for Trustee | $0.00 | $0.00 | $0.00 |
|   | 3 Fee for Attorney for Debtor | $0.00 | $0.00 | $0.00 |
|   | 4 Other Professionals | $0.00 | $0.00 | $0.00 |
|   | 5 All expenses, including trustee | $650.00 | $3,900.00 | $0.00 |
| B | Distributions |   |   |   |
|   | 6 Secured Creditors | $1,827.64 | $10,965.87 | $44,650.73 |
|   | 7 Priority Creditors | $0.00 | $10,537.00 | $0.00 |
|   | 8 Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | 9 Equity Security Holders | $0.00 | $0.00 | $0.00 |
|   | 10 Other Payments or Transfers | $0.00 | $0.00 | $0.00 |
|   | Total Plan Payments (Sum of Lines 1-10) | $2,477.64 | $25,402.87 | $44,650.73 |

Summary of Status of Consummation of Plan

Plan Payments are Current　　　　　　　　Yes: ✔　　　　　　No:

Quarterly fee due to the US Trustee are current:　Yes: ✔　　　　　No:

Anticipated date of final report/motion for final decree:　　February 3, 2016

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Bankruptcy No. 09-3-4515 JS |
| **NEAL SCULLY** *and* **DONNA COHEN,** | Chapter 11 |
| *Debtors.* | **TRANSMITTAL OF QUARTERLY POST-CONFIRMATION REPORT** |

The following post-confirmation Chapter 11 Report for the quarter ending:      6/31/2014
which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed
Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed,
and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement
and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors.
Any questions regarding the attached report should be directed to the Debtors'
counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan
except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein
is true and correct to the best of our knowledge and belief.**

Date:      February 26, 2016

_____/s/ Donna Cohen_____
Debtor

_____/s/ Neal Scully_____
Debtor

## CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING: 06/31/14

Debtors: **NEAL SCULLY**            Case No.:      09-3-4515 JS
**DONNA COHEN**

Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements:            $37,441.19

Summary of Amounts Distributed Under the Plan:

|   |   | Current Qtr. | Paid to Date | Balance Due |
|---|---|---|---|---|
| A | Fees and Expenses | | | |
| | 1 Trustee Compensation | $0.00 | $0.00 | $0.00 |
| | 2 Fee for Attorney for Trustee | $0.00 | $0.00 | $0.00 |
| | 3 Fee for Attorney for Debtor | $0.00 | $0.00 | $0.00 |
| | 4 Other Professionals | $0.00 | $0.00 | $0.00 |
| | 5 All expenses, including trustee | $650.00 | $4,550.00 | $0.00 |
| B | Distributions | | | |
| | 6 Secured Creditors | $1,827.64 | $12,793.51 | $42,822.36 |
| | 7 Priority Creditors | $0.00 | $10,537.00 | $0.00 |
| | 8 Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| | 9 Equity Security Holders | $0.00 | $0.00 | $0.00 |
| | 10 Other Payments or Transfers | $0.00 | $0.00 | $0.00 |
| | Total Plan Payments (Sum of Lines 1-10) | $2,477.64 | $27,880.51 | $42,822.36 |

Summary of Status of Consummation of Plan

Plan Payments are Current            Yes: ✔            No:

Quarterly fee due to the US Trustee are current:  Yes: ✔            No:

Anticipated date of final report/motion for final decree:            February 3, 2016

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

In re:                                      Bankruptcy No. 09-3-4515 JS

**NEAL SCULLY** *and*                        Chapter 11
**DONNA COHEN,**

                                            **TRANSMITTAL OF QUARTERLY**
*Debtors.*                                   **POST-CONFIRMATION REPORT**

The following post-confirmation Chapter 11 Report for the quarter ending:      9/31/2014
which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed
Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed,
and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement
and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors.
Any questions regarding the attached report should be directed to the Debtors'
counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan
except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein
is true and correct to the best of our knowledge and belief.**

Date:    February 26, 2016                    _/s/ Donna Cohen_____
                                            Debtor

                                            _____/s/ Neal Scully_____
                                            Debtor

# CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING: 09/31/14

Debtors: **NEAL SCULLY**  Case No.:   09-3-4515 JS
**DONNA COHEN**

Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements:        $54,204.28

Summary of Amounts Distributed Under the Plan:

|   |   | Current Qtr. | Paid to Date | Balance Due |
|---|---|---|---|---|
| A | Fees and Expenses |   |   |   |
|   | 1 Trustee Compensation | $0.00 | $0.00 | $0.00 |
|   | 2 Fee for Attorney for Trustee | $0.00 | $0.00 | $0.00 |
|   | 3 Fee for Attorney for Debtor | $0.00 | $0.00 | $0.00 |
|   | 4 Other Professionals | $0.00 | $0.00 | $0.00 |
|   | 5 All expenses, including trustee | $650.00 | $5,200.00 | $0.00 |
| B | Distributions |   |   |   |
|   | 6 Secured Creditors | $1,827.64 | $14,621.15 | $40,994.72 |
|   | 7 Priority Creditors | $0.00 | $10,537.00 | $0.00 |
|   | 8 Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | 9 Equity Security Holders | $0.00 | $0.00 | $0.00 |
|   | 10 Other Payments or Transfers | $0.00 | $0.00 | $0.00 |
|   | Total Plan Payments (Sum of Lines 1-10) | $2,477.64 | $30,358.15 | $40,994.72 |

Summary of Status of Consummation of Plan

Plan Payments are Current            Yes: ✔☑            No:

Quarterly fee due to the US Trustee are current:  Yes: ✔☑            No:

Anticipated date of final report/motion for final decree:       February 3, 2016

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Bankruptcy No. 09-3-4515 JS |
| **NEAL SCULLY** *and* **DONNA COHEN,** | Chapter 11 |
| *Debtors.* | **TRANSMITTAL OF QUARTERLY POST-CONFIRMATION REPORT** |

The following post-confirmation Chapter 11 Report for the quarter ending:      12/31/2014
which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed
Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed,
and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement
and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors.
Any questions regarding the attached report should be directed to the Debtors'
counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan
except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein**
**is true and correct to the best of our knowledge and belief.**

Date:    February 26, 2016

_____/s/ Donna Cohen_____
Debtor

_____/s/ Neal Scully_____
Debtor

# CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING: 12/31/14

Debtors: **NEAL SCULLY**          Case No.:          09-3-4515 JS
        **DONNA COHEN**

Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements:          $48,097.52

Summary of Amounts Distributed Under the Plan:

|   |   | Current Qtr. | Paid to Date | Balance Due |
|---|---|---|---|---|
| A | Fees and Expenses |  |  |  |
|   | 1 Trustee Compensation | $0.00 | $0.00 | $0.00 |
|   | 2 Fee for Attorney for Trustee | $0.00 | $0.00 | $0.00 |
|   | 3 Fee for Attorney for Debtor | $0.00 | $0.00 | $0.00 |
|   | 4 Other Professionals | $0.00 | $0.00 | $0.00 |
|   | 5 All expenses, including trustee | $650.00 | $5,850.00 | $0.00 |
| B | Distributions |  |  |  |
|   | 6 Secured Creditors | $1,827.64 | $16,451.78 | $39,167.08 |
|   | 7 Priority Creditors | $0.00 | $10,537.00 | $0.00 |
|   | 8 Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | 9 Equity Security Holders | $0.00 | $0.00 | $0.00 |
|   | 10 Other Payments or Transfers | $0.00 | $0.00 | $0.00 |
|   | Total Plan Payments (Sum of Lines 1-10) | $2,477.64 | $32,838.78 | $39,167.08 |

Summary of Status of Consummation of Plan

Plan Payments are Current          Yes: ✔          No:

Quarterly fee due to the US Trustee are current:  Yes: ✔          No:

Anticipated date of final report/motion for final decree:          February 3, 2016

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Bankruptcy No. 09-3-4515 JS |
| **NEAL SCULLY** *and* **DONNA COHEN,** | Chapter 11 |
| *Debtors.* | **TRANSMITTAL OF QUARTERLY POST-CONFIRMATION REPORT** |

The following post-confirmation Chapter 11 Report for the quarter ending:       3/31/2015
which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed
Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed,
and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement
and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors.
Any questions regarding the attached report should be directed to the Debtors'
counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan
except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein
is true and correct to the best of our knowledge and belief.**

Date:    February 26, 2016

_____/s/ Donna Cohen_____
Debtor

_____/s/ Neal Scully_____
Debtor

# CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING: 03/31/15

Debtors: **NEAL SCULLY**        Case No.:    09-3-4515 JS
       **DONNA COHEN**

Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

                        Total Disbursements:    $27,909.90

Summary of Amounts Distributed Under the Plan:

|   |   | Current Qtr. | Paid to Date | Balance Due |
|---|---|---|---|---|
| A | Fees and Expenses |   |   |   |
|   | 1 Trustee Compensation | $0.00 | $0.00 | $0.00 |
|   | 2 Fee for Attorney for Trustee | $0.00 | $0.00 | $0.00 |
|   | 3 Fee for Attorney for Debtor | $0.00 | $0.00 | $0.00 |
|   | 4 Other Professionals | $0.00 | $0.00 | $0.00 |
|   | 5 All expenses, including trustee | $650.00 | $6,500.00 | $0.00 |
| B | Distributions |   |   |   |
|   | 6 Secured Creditors | $1,827.64 | $18,279.42 | $37,339.44 |
|   | 7 Priority Creditors | $0.00 | $10,537.00 | $0.00 |
|   | 8 Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | 9 Equity Security Holders | $0.00 | $0.00 | $0.00 |
|   | 10 Other Payments or Transfers | $0.00 | $0.00 | $0.00 |
|   | Total Plan Payments (Sum of Lines 1-10) | $2,477.64 | $35,316.42 | $37,339.44 |

Summary of Status of Consummation of Plan

Plan Payments are Current             Yes: ✔               No:

Quarterly fee due to the US Trustee are current:  Yes: ✔           No:

Anticipated date of final report/motion for final decree:    February 3, 2016

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Bankruptcy No. 09-3-4515 JS |
| **NEAL SCULLY** *and* **DONNA COHEN,** | Chapter 11 |
| *Debtors.* | **TRANSMITTAL OF QUARTERLY POST-CONFIRMATION REPORT** |

The following post-confirmation Chapter 11 Report for the quarter ending:     6/31/2015
which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed
Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed,
and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement
and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors.
Any questions regarding the attached report should be directed to the Debtors'
counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan
except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein
is true and correct to the best of our knowledge and belief.**

Date:     February 26, 2016

/s/ Donna Cohen
Debtor

/s/ Neal Scully
Debtor

## CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING: 06/31/15

Debtors: **NEAL SCULLY**          Case No.:    09-3-4515 JS
       **DONNA COHEN**

Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements:          $25,509.05

Summary of Amounts Distributed Under the Plan:

|   |                                    | Current Qtr. | Paid to Date | Balance Due |
|---|------------------------------------|-------------:|-------------:|------------:|
| A | Fees and Expenses                  |              |              |             |
|   | 1 Trustee Compensation             | $0.00        | $0.00        | $0.00       |
|   | 2 Fee for Attorney for Trustee     | $0.00        | $0.00        | $0.00       |
|   | 3 Fee for Attorney for Debtor      | $0.00        | $0.00        | $0.00       |
|   | 4 Other Professionals              | $0.00        | $0.00        | $0.00       |
|   | 5 All expenses, including trustee  | $650.00      | $7,150.00    | $0.00       |
| B | Distributions                      |              |              |             |
|   | 6 Secured Creditors                | $1,827.64    | $20,107.06   | $35,511.80  |
|   | 7 Priority Creditors               | $0.00        | $10,527.00   | $0.00       |
|   | 8 Unsecured Creditors              | $0.00        | $0.00        | $0.00       |
|   | 9 Equity Security Holders          | $0.00        | $0.00        | $0.00       |
|   | 10 Other Payments or Transfers     | $0.00        | $0.00        | $0.00       |
|   | Total Plan Payments (Sum of Lines 1-10) | $2,477.64 | $37,784.06 | $35,511.80 |

Summary of Status of Consummation of Plan

Plan Payments are Current          Yes: ✔️☐          No:

Quarterly fee due to the US Trustee are current:  Yes: ✔️☐          No:

Anticipated date of final report/motion for final decree:          February 3, 2016

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Bankruptcy No. 09-3-4515 JS |
| **NEAL SCULLY** *and* **DONNA COHEN,** | Chapter 11 |
| | **TRANSMITTAL OF QUARTERLY POST-CONFIRMATION REPORT** |
| *Debtors.* | |

The following post-confirmation Chapter 11 Report for the quarter ending:     9/31/2015
which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed
Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed,
and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement
and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors.
Any questions regarding the attached report should be directed to the Debtors'
counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan
except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein
is true and correct to the best of our knowledge and belief.**

Date:    February 26, 2016

/s/ Donna Cohen
Debtor

/s/ Neal Scully
Debtor

## CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING: 09/31/15

Debtors: **NEAL SCULLY**          Case No.:      09-3-4515 JS
**DONNA COHEN**

Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements:          $39,874.29

Summary of Amounts Distributed Under the Plan:

|   |   | Current Qtr. | Paid to Date | Balance Due |
|---|---|---|---|---|
| A | Fees and Expenses |  |  |  |
|   | 1 Trustee Compensation | $0.00 | $0.00 | $0.00 |
|   | 2 Fee for Attorney for Trustee | $0.00 | $0.00 | $0.00 |
|   | 3 Fee for Attorney for Debtor | $0.00 | $0.00 | $0.00 |
|   | 4 Other Professionals | $0.00 | $0.00 | $0.00 |
|   | 5 All expenses, including trustee | $650.00 | $7,800.00 | $0.00 |
| B | Distributions |  |  |  |
|   | 6 Secured Creditors | $1,827.64 | $21,935.24 | $33,684.16 |
|   | 7 Priority Creditors | $0.00 | $10,527.00 | $0.00 |
|   | 8 Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | 9 Equity Security Holders | $0.00 | $0.00 | $0.00 |
|   | 10 Other Payments or Transfers | $0.00 | $0.00 | $0.00 |
|   | Total Plan Payments (Sum of Lines 1-10) | $2,477.64 | $40,262.24 | $33,684.16 |

Summary of Status of Consummation of Plan

Plan Payments are Current          Yes: ✔          No:

Quarterly fee due to the US Trustee are current:   Yes: ✔          No:

Anticipated date of final report/motion for final decree:      February 3, 2016

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| In re: | Bankruptcy No. 09-3-4515 JS |
| **NEAL SCULLY** *and* **DONNA COHEN,** | Chapter 11 |
| *Debtors.* | **TRANSMITTAL OF QUARTERLY POST-CONFIRMATION REPORT** |

The following post-confirmation Chapter 11 Report for the quarter ending:        12/31/2015
which includes the Total Disbursement for Quarter, the Summary of Amounts Distributed
Under the Plan, and the Summary of Status on Confirmation of Plan, has been reviewed,
and the Report, as prepared, fairly and accurately reflects the Debtors' complete disbursement
and distribution activity and status for the period stated.

The individuals responsible for preparing the attached report are the Debtors.
Any questions regarding the attached report should be directed to the Debtors'
counsel, Chung & Press, LLC, at (301) 924-4400.

The Debtors are in compliance with the terms of the confirmed Chapter11 Plan
except as may be indicated on any attached sheet.

The undersigned are authorized to file this report on behalf of the Debtors.

**It is certified hereby, under penalty of perjury, that the information provided herein
is true and correct to the best of our knowledge and belief.**

Date:     February 26, 2016

/s/ Donna Cohen
Debtor

/s/ Neal Scully
Debtor

# CHAPTER 11 POST-CONFIRMATION REPORT
## FOR THE QUARTER ENDING: 12/31/15

Debtors: **NEAL SCULLY**          Case No.:     09-3-4515 JS
**DONNA COHEN**

Total Disbursements for Quarter

All disbursements made by the Debtors during the current quarter, whether under the Plan
or not, must be accounted for and reported herein for the purpose of calculating quarterly fees.

Total Disbursements:          $41,363.25

Summary of Amounts Distributed Under the Plan:

|   |   | Current Qtr. | Paid to Date | Balance Due |
|---|---|---|---|---|
| A | Fees and Expenses | | | |
|   | 1 Trustee Compensation | $0.00 | $0.00 | $0.00 |
|   | 2 Fee for Attorney for Trustee | $0.00 | $0.00 | $0.00 |
|   | 3 Fee for Attorney for Debtor | $0.00 | $0.00 | $0.00 |
|   | 4 Other Professionals | $0.00 | $0.00 | $0.00 |
|   | 5 All expenses, including trustee | $650.00 | $8,450.00 | $0.00 |
| B | Distributions | | | |
|   | 6 Secured Creditors | $1,827.64 | $23,762.88 | $31,856.52 |
|   | 7 Priority Creditors | $0.00 | $10,527.00 | $0.00 |
|   | 8 Unsecured Creditors | $0.00 | $0.00 | $0.00 |
|   | 9 Equity Security Holders | $0.00 | $0.00 | $0.00 |
|   | 10 Other Payments or Transfers | $0.00 | $0.00 | $0.00 |
|   | Total Plan Payments (Sum of Lines 1-10) | $2,477.64 | $42,739.88 | $31,856.52 |

Summary of Status of Consummation of Plan

Plan Payments are Current          Yes: ✔☒          No:

Quarterly fee due to the US Trustee are current:  Yes: ✔☒          No:

Anticipated date of final report/motion for final decree:          February 3, 2016