

**JAMES F. SCHNEIDER**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND

In re:

**DONNA COHEN** *and*
**NEAL SCULLY,**

*Debtors.*

Bankruptcy No. 09-3-4515 JS

Chapter 11

**ORDER ALLOWING FIRST AND FINAL APPLICATION FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES OF COUNSEL FOR DEBTORS**

**UPON CONSIDERATION** of the Application of Chung & Press, LLC ("Applicant") for Compensation and Reimbursement of Expenses (the "Application"), after notice and any objection thereto, it is, by the U.S. Bankruptcy Court for the District of Maryland

**ORDERED** that the Application is granted; and it is further

**ORDERED** that Applicant is hereby allowed, pursuant to 11 U.S.C. § 503(b)(1), an administrative expense of Twenty-Nine Thousand Three Hundred Sixty-five and 80/100 Dollars ($29,365.80), which consists of time charges in the amount of Twenty-eight Thousand Six Hundred Seventy-seven Dollars ($28,677.00) and out-of-pocket expenses advanced in the amount of Six Hundred Eighty-eight and 80/100 Dollars ($688.80); and it is further

**ORDERED** that this award shall constitute an allowed administrative expense in these proceedings, which may be paid immediately upon approval of the Application from funds currently held in trust by Applicant, with any fees in excess of such funds being voluntarily waived by Applicant.

Copies to:   Donna Cohen and Neal Scully, Debtors
7734 Briarstone Court
Ellicott City, Maryland 21043

Chung & Press, LLC (via ECF)

U.S. Trustee (via ECF)

END OF ORDER